**LAW OFFICE OF EMILY DE LEON**
Emily De Leon, SBN296416
651 H. Street, #200
Bakersfield, CA 93301
Tel: (661)304-1019
Email: emilydeleonlaw@gmail.com

Attorney for:
VICTOR LUNA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>VICTOR LUNA,<br><br>        Defendant | Case No.: 18-CR-00073-LJO-SKO<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

Defendant, VICTOR LUNA, hereby waives his appearance in person in open court upon the status conference set for Monday, JUNE 18, 2018 in Courtroom 7 of the above entitled court. Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, EMILY DE LEON. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: 6/4/18                                                          */s/ Victor Luna*
                                                                                    JUZER QASSIM

Date: 6/4/18                                                         */s/Emily De Leon*
                                                                                    EMILY DE LEON
                                                                                    Attorney for Defendant

# ORDER

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant Victor Luna is hereby excused from appearing at this court hearing scheduled for June 18, 2018.

IT IS SO ORDERED.

Dated:  **June 18, 2018**                     /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE