**LAW OFFICE OF EMILY DE LEON**
Emily De Leon, SBN
651 H. Street, Suite 200
Bakersfield, CA 93304
Tel: (661)827-8000
Email: emilydeleonlaw@gmail.com

Attorney for:
VICTOR LUNA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>VIDTOR LUNA,<br><br>        Defendant | Case No.: 1:18-CR-00073 LJO<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

      Defendant, VICTOR LUNA, hereby waives his appearance in person in open court upon the status conference set for July 9, 2018 in Courtroom 4 of the above entitle court. Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, EMILY DELEON. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: 6/29/18                                    */s/Victor Luna*
                                                           VICTOR LUNA

Date: 6/29/18                                    */s/Emily De Leon*
                                                            EMILY DE LEON
                                                            Attorney for Defendant Victor Luna

**ORDER**

Good cause appearing.

Defendant VICTOR LUNA is hereby excused from appearing at this court hearing scheduled for July 9, 2018

IT IS SO ORDERED.

Dated: __**June 29, 2018**__  　　　　　__/s/ Lawrence J. O'Neill__
　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE