**LAW OFFICE OF EMILY DE LEON**
Emily De Leon, SBN296416
651 H. Street, #200
Bakersfield, CA 93301
Tel: (661)304-1019
Email: emilydeleonlaw@gmail.com

Attorney for:
VICTOR LUNA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VICTOR LUNA,<br><br>Defendant | Case No.: 18-CR-00073-LJO-SKO<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

Defendant, VICTOR LUNA, hereby waives his appearance in person in open court upon the status conference set for Monday, AUGUST 6, 2018 in Courtroom 4 of the above entitled court. Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, EMILY DE LEON. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: 7/23/18   　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Victor Luna*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Victor Luna

Date: 7/23/18   　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Emily de Leon*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　EMILY DE LEON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

**ORDER**

Good cause appearing.

Defendant Victor Luna is hereby excused from appearing at this court hearing scheduled for AUGUST 6, 2018.

IT IS SO ORDERED.

Dated: **July 27, 2018**          /s/ Lawrence J. O'Neill
                                  UNITED STATES CHIEF DISTRICT JUDGE