**LAW OFFICE OF EMILY DE LEON**
Emily De Leon, SBN296416
651 H. Street, #200
Bakersfield, CA 93301
Tel: (661)304-1019
Email: emilydeleonlaw@gmail.com

Attorney for:
VICTOR LUNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>VICTOR LUNA,<br><br>        Defendant | Case No.: 18-CR-00073-LJO-SKO<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

Defendant, VICTOR LUNA, hereby waives his appearance in person in open court upon the Jury trial set for Tuesday, NOVEMBER 19, 2018. in Courtroom 7 of the above entitled court. Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, EMILY DE LEON. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: 9/25/18                                                 ___*/s/ Victor Luna*___
                                                                       Victor Luna

Date: 9/25/18                                                 ___*/s/ Emily de Leon*___
                                                                       EMILY DE LEON
                                                                       Attorney for Defendant

# ORDER

Good cause appearing.

**IT IS HEREBY ORDERED** that defendant Victor Luna is hereby excused from appearing at this court hearing scheduled for NOVEMBER 19, 2018. The Court notes that the November 19, 2018 hearing is a status conference, and not a jury trial as set forth in the defendant's request.

Dated: __**November 15, 2018**__   _____/s/ *Sheila K. Oberto*_____
                                                   UNITED STATES MAGISTRATE JUDGE