**LAW OFFICE OF EMILY DE LEON**
Emily De Leon, SBN296416
651 H. Street, #200
Bakersfield, CA 93301
Tel: (661)304-1019
Email: emilydeleonlaw@gmail.com

Attorney for:
VICTOR LUNA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   vs.<br><br>VICTOR LUNA,<br><br>       Defendant | Case No.: 18-CR-00073-LJO-SKO<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant Victor Luna, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for any and all proceedings in this matter.  Mr. Luna agrees that his interests shall be represented at all times by the presence of his attorney Emily de León, the same as if Mr. Luna were personally present.  This court has the discretion under Rule 43(b)(2) to permit the defendant's absence.

Date: 11/5/18                                                                             ___*/s/ Victor Luna*_____
                                                                                                    Victor Luna

Date: 11/5/18                                                                             ___*/s/ Emily de Leon*_____
                                                                                                    EMILY DE LEON
                                                                                                    Attorney for Defendant

**ORDER**

The Court grants Defendant Victor Luna's request for waiver of his personal appearance for all proceedings in this matter in accordance with Rule 43(b)(2) of Federal Rule of Criminal Procedure.

IT IS SO ORDERED.

Dated:  **March 15, 2019**                                    /s/ *Sheila K. Oberto*
                                                                                UNITED STATES MAGISTRATE JUDGE